UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:12-CV-36-F

| | |
|---|---|
| OHIO CASUALTY INSURANCE COMPANY, as subrogee of Wilbur Wright Associates, Inc., et al., ) ) ) ) Plaintiffs, ) ) v. ) ) VIRGINIA ELECTRIC AND POWER COMPANY d/b/a DOMINION NORTH CAROLINA POWER, ) ) ) ) Defendants. ) | ORDER |

The court has been informed that the parties have reached a settlement in this matter. Accordingly, this action hereby is DISMISSED without prejudice to any party to reopen should settlement not be consummated on or before **September 16, 2013.** Unless the case is reopened, counsel are DIRECTED to file their Joint Stipulation of Dismissal With Prejudice on or before **September 16, 2013.** The Clerk of Court is DIRECTED to remove this matter from the undersigned's court calendar.

SO ORDERED.

This the 16 day of August, 2013.

JAMES C. FOX
Senior United States District Judge